IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KEITH M. SHANKLIN,**
    Plaintiff,

vs.                                                    **CASE NO.: 3:06cv276/MCR/MD**

**JOHN D. SNELL, ESQ., et al.,**
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 22, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for plaintiff's failure to state claim and the clerk is directed to close the file.

DONE AND ORDERED this 11th day of December, 2006.

                                                         *s/ M. Casey Rodgers*
                                                         **M. CASEY RODGERS**
                                                         **UNITED STATES DISTRICT JUDGE**